No. 86, Misc.  JOHNSON *v.* UNITED STATES.  Motion for leave to file petition for writ of certiorari denied.  Petitioner *pro se.*  *Solicitor General Rankin* for the United States.

No. 75, Misc.  PARKER *v.* UNITED STATES;

No. 130, Misc.  HARTFORD *v.* SETTLE, WARDEN;

No. 131, Misc.  PROCTOR *v.* UNITED STATES;

No. 173, Misc.  GUZZI *v.* WILLINGHAM, WARDEN;

No. 174, Misc.  WHITTINGTON *v.* OVERHOLSER, HOSPITAL SUPERINTENDENT;

No. 209, Misc.  WILLIAMS *v.* REID, JAIL SUPERINTENDENT;

No. 244, Misc.  IN RE DONALDSON;

No. 255, Misc.  PADGETT *v.* COCHRAN, CORRECTIONS DIRECTOR;

No. 257, Misc.  IN RE MORRISON; and

No. 288, Misc.  DANDY *v.* BANMILLER, WARDEN.  Motions for leave to file petitions for writs of habeas corpus denied.  Petitioners *pro se.*  *Solicitor General Rankin* for the United States in No. 75, Misc.

No. 22, Misc.  CONNOR *v.* COCHRAN, CORRECTIONS DIRECTOR;

No. 38, Misc.  WHITLEY *v.* WARDEN, MARYLAND HOUSE OF CORRECTION;

No. 120, Misc.  COULTON *v.* SACKS, WARDEN; and

No. 228, Misc.  SHAW *v.* NEW JERSEY.  Motions for leave to file petitions for writs of habeas corpus denied.  Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.  Petitioners *pro se.*  *Richard W. Ervin,* Attorney General of Florida, and *Reeves Bowen,* Assistant Attorney General, for respondent in No. 22, Misc.  *C. Ferdinand Sybert,* Attorney General of Maryland, and *James O'C. Gentry,* Assistant Attorney General, for respondent in No. 38, Misc.